

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8204

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Maria Angelica QUEVEDO-Quinones | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about March 5, 2008, within the Southern District of California, defendant Maria Angelica QUEVEDO-Quinones did knowingly and intentionally import approximately 43.38 kilograms (95.44 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Thomas E Bol

Special Agent
Immigration and Customs
Enforcement

Sworn to before me and subscribed in my presence, March 6, 2008.

Peter C Lewis
U.S. MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
2       v.
3  Maria Angelica QUEVEDO-Quinones
4
5                    STATEMENT OF FACTS
6       This Statement of Facts is based on the reports, documents and notes furnished
7  to U. S. Immigration and Customs Enforcement Special Agent Behm.
8       On March 5, 2008, at approximately 0845 hours, Maria Angelica QUEVEDO-
9  Quinones entered the United States at the Calexico, California, West Port of Entry.
10 QUEVEDO was the driver of a 1992 Toyota Camry.
11      At the primary lanes, QUEVEDO gave the primary inspector. Customs and Border
12 Protection Officer (CBPO) J. Bolanos a negative oral Customs declaration. The primary
13 inspector noticed a compartment in the trunk of the vehicle. The primary inspector
14 escorted QUEVEDO and the vehicle to the secondary lot.
15      In the secondary lot, a canine alerted to the presence of narcotic odor in
16 QUEVEDO's vehicle. The canine officer, CBPO Alba, notified CBPO R. Castillo of the
17 alert.
18      A subsequent inspection of the vehicle revealed 32 packages inside a specially
19 built, non-factory compartment in the trunk. One of the packages was probed by CBPO
20 Castillo and a sample of a green leafy substance was obtained, which field tested positive
21 for marijuana. The 32 packages had a combined net weight of approximately 43.38
22 kilograms (95.44 pounds).
23      QUEVEDO was placed under arrest and advised of her Miranda Rights, which he
24 acknowledged and waived. QUEVEDO admitted knowledge of the marijuana in the
25 vehicle. QUEVEDO stated she was to be paid $1,000.00 to smuggle the marijuana into
26 the United States.
27
28